**STATE of Missouri, Respondent,**

v.

**Judith E. HOWALD, Appellant.**

**No. WD 35043.**

Missouri Court of Appeals, Western District.

April 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 29, 1984.

Application to Transfer Denied July 17, 1984.

L.R. Magee, Hines & Magee, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

This is a direct appeal from jury convictions for burglary, second degree, in violation of § 569.170, RSMo 1978, and stealing over $150, in violation of § 570.030, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.